UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

NITE GLOW

Cv. 12-CV-4047

Jury Communication #  1

-v-

CENTRAL GARDEN & PET

Is Al Dimoria's signature on the NDA binding on Central?

In answer to your question above:

Yes

DATE:

FOREPERSON: